**IN THE MISSOURI COURT OF APPEALS**
**HANDDOWN LIST OF JULY 8, 2014**
**WESTERN DISTRICT**

**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b)**
**AND ISSUED PER CURIAM**
--------------------------------------------------------------

WD76498          In the Matter of the Care and Treatment of Vance Moller vs. State of Missouri

**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b)**
**AND ISSUED PER CURIAM**
--------------------------------------------------------------

WD76452          State of Missouri vs. Christopher M. Sanders
WD76524          State of Missouri vs. Donald Ray Smith